472 A.2d 230

Commonwealth v. Cromwell, Appellant (at No. 28).

Commonwealth v. Winter, Appellant (at No. 30).

Commonwealth v. Hill, Appellant (at No. 141).

Reargument Denied March 14, 1984.

Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Submitted March 9, 1983. Robert C. Fogelnest, for Cromwell appellant (at No. 28) and Winter, appellant (at No. 30); Daniel F. Clark, for Hill, appellant (at No. 141); Michael Johnston, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Orders affirmed.